IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMI TREASTER, | : | NO.:4:09cv632 |
| Plaintiff | : | Judge Jones |
| | : | |
| v | : | |
| | : | |
| CONESTOGA WOOD | : | |
| SPECIALTIES, CORP., | : | |
| Defendant | : | |

**ORDER**

AND NOW, this 21st day of January, 2010, upon consideration of the Concurred Motion for Enlargement of Time (doc. 29), it is hereby ORDERED that the said Motion is GRANTED to the extent referred to herein. The trial in this matter shall be continued from the April 2010 trial term to the May 2010 trial term. It is further ORDERED that the case management deadlines are modified in accordance with the Court's calendar as follows:

        2/16/10    Plaintiff's brief in opposition due date.

        4/5/10    Pretrial conference - time to be determined.

        5/4/10    Jury Selection- February 2008 trial term.

        s/ John E. Jones III
        John E. Jones III
        United States District Judge